NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AARON H. HARMON,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D16-4773
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____       )

Opinion filed March 7, 2018.

Appeal from the Circuit Court for
Highlands County; Anthony L. Ritenour,
Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.